Certificate Number: 14912-PAM-DE-035339836

Bankruptcy Case Number: 20-03578



14912-PAM-DE-035339836

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2021, at 6:46 o'clock PM EST, America Whare completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 5, 2021  By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor

Certificate Number: 14912-PAM-DE-035339835

Bankruptcy Case Number: 20-03578


14912-PAM-DE-035339835

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2021, at 6:46 o'clock PM EST, Perry Whare completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 5, 2021         By: /s/Jai Bhatt

                               Name: Jai Bhatt

                               Title: Counselor