In re:  
Perry L Whare  
America J Whare  
    Debtors

Case No. 20-03578-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: admin     Page 1 of 3  
Date Rcvd: Mar 26, 2021     Form ID: 318     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Perry L Whare, America J Whare, 6 High Street, Manchester, PA 17345-1424 |
| 5380746 | + | Awesome Auto & Trucks, 4330 West Market Street, York, PA 17408-5938 |
| 5380753 | + | Commonwealth of Pennsylvania, Bureau of Collection, 40 East King Street, 1st Floor, Lancaster, PA 17602-5313 |
| 5380762 | + | Mariner Finance, 2528 Eastern Boulevard, York, PA 17402-2902 |
| 5380763 | + | Mariner Financial, 5802 E. Virginia Beach Boulevard, Suite 121, Norfolk, VA 23502-2483 |
| 5380764 | + | Meadow Run Mobile Home Park, 5145 Susquehanna Trail, York, PA 17406-8475 |
| 5380765 | | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5380772 | | TD Bank USA / Target Credit, 7000 Target Parkway North, Mail Stop NCD 0450, Breooklyn Park, MN 55445-4301 |
| 5380773 | + | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5380776 | + | York County Tax Claim Bureau, 28 E Market St, Suite 105, York, PA 17401-1587 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 26 2021 23:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5380747 | + | EDI: CITICORP.COM | Mar 26 2021 23:08:00 | Best Buy / CBNA, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5380748 | + | EDI: CITICORP.COM | Mar 26 2021 23:08:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 5380751 | | EDI: CAPITALONE.COM | Mar 26 2021 23:08:00 | Capital One Bank USA, PO Box 85015, Richmond, VA 23285-5075 |
| 5380750 | | EDI: CAPITALONE.COM | Mar 26 2021 23:08:00 | Capital One, 1500 Capital One Dr., Richmond, VA 23238 |
| 5380749 | + | EDI: CAPITALONE.COM | Mar 26 2021 23:08:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5380754 | + | EDI: RMSC.COM | Mar 26 2021 23:08:00 | Ebay Mastercard, PO Box 960080, Orlando, FL 32896-0080 |
| 5380758 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 26 2021 19:42:00 | Freedom Plus, 1875 S. Grant Street, Suite 400, San Mateo, CA 94402 |
| 5380757 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 26 2021 19:42:00 | Freedom Plus, 2114 E. Rio Salado Boulevard, Tempe, AZ 85281 |
| 5380756 | + | EDI: FORD.COM | Mar 26 2021 23:08:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 5380759 | + | Email/Text: bankruptcy@fult.com | Mar 26 2021 19:46:00 | Fulton Bank, N.A., 1695 State Street, East Petersburg, PA 17520-1328 |
| 5380760 | | EDI: CITICORP.COM | Mar 26 2021 23:08:00 | Home Depot Credit Card Services, PO Box 9001010, Louisville, KY 40290-1010 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5380752 | | EDI: JPMORGANCHASE | Mar 26 2021 23:08:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 5380761 | | EDI: JPMORGANCHASE | Mar 26 2021 23:08:00 | JPMCB Card Services, 301 North Walnut Street, Floor 09, Wilmington, DE 19801-3935 |
| 5380766 | + | EDI: RMSC.COM | Mar 26 2021 23:08:00 | SYNCB/PAYPAL, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5381097 | + | EDI: RMSC.COM | Mar 26 2021 23:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5380767 | + | EDI: RMSC.COM | Mar 26 2021 23:08:00 | Synchrony Bank Home, PO Box 960061, Orlando, FL 32896-0061 |
| 5380768 | + | EDI: RMSC.COM | Mar 26 2021 23:08:00 | Synchrony Networks, PO Box 965036, Orlando, FL 32896-5036 |
| 5380770 | | Email/Text: bankruptcy@tammaccorp.com | Mar 26 2021 19:42:00 | Tammac Holdings Corp, 100 Commerce Boulevard, Suite 200, Wilkes Barre, PA 18702 |
| 5380769 | | Email/Text: bankruptcy@tammaccorp.com | Mar 26 2021 19:42:00 | Tammac Holdings Corp, 275 Mandy Street, Wilkes Barre, PA 18702 |
| 5380771 | + | EDI: WTRRNBANK.COM | Mar 26 2021 23:08:00 | Target, Bankruptcy Department, PO Box 1327, Minneapolis, MN 55440-1327 |
| 5380755 | | EDI: USBANKARS.COM | Mar 26 2021 23:08:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 5380774 | | EDI: RMSC.COM | Mar 26 2021 23:08:00 | Wal-Mart / Synchrony Bank, Attention: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5380775 | + | EDI: CAPITALONE.COM | Mar 26 2021 23:08:00 | Walmart Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2021      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Howard Gershman | |

| | |
|---|---|
| | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| Matthew S Bleacher | on behalf of Debtor 2 America J Whare mbleacher@n-hlaw.com jsimmerok@n-hlaw.com;lmitchell@n-hlaw.com |
| Matthew S Bleacher | on behalf of Debtor 1 Perry L Whare mbleacher@n-hlaw.com jsimmerok@n-hlaw.com;lmitchell@n-hlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | Perry L Whare | Social Security number or ITIN | xxx–xx–6210 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | America J Whare | Social Security number or ITIN | xxx–xx–8587 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:20–bk–03578–HWV | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Perry L Whare                         America J Whare

**By the court:**  *[signature]*

3/26/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2